Evan S. Strassberg (8279)
VANTUS LAW GROUP, P.C.
6995 Union Park Center, Suite 100
Salt Lake City, Utah 84047
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TERRY WEBB, KRISTIE WEBB, TRAVIS WEBB, KRISTY WEBB, KAMBERLY WEBB, and LOUISE WEBB,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTOFFER A. KROHN; STEPHEN R. EARL; REAL ESTATE INVESTORS CLUB, LLC D/B/A REIC; REAL ESTATE INVESTORS CLUB OF SALT LAKE COUNTY, LLC; REAL ESTATE INVESTORS CLUB OF UTAH COUNTY, LLC; THE COMPANIES, LLC; JDK INVESTMENT GROUP, LLC; REO NATIONAL, LLC; THE REAL ESTATE FIRM, LLC; THE REAL ESTATE FIRM OF SALT LAKE COUNTY, LLC; THE REAL ESTATE FIRM OF UTAH COUNTY, LLC; STRATEGIC LENDING, LLC; STRATEGIC LENDING OF UTAH COUNTY, LLC; THE PROPERTY MANAGEMENT COMPANY, LLC; THE FINANCIAL FIRM, LLC; BETA REAL ESTATE HOLDINGS, L.P.; BETA REAL ESTATE HOLDINGS, L.P.; GAMMA REAL ESTATE HOLDINGS, L.P.; AND JOHN DOES 1-10,<br><br>Defendants. | STIPULATED MOTION TO DISMISS<br><br>Civil No. 2:10-cv-1269<br><br>Honorable David Nuffer |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and agree that all of Plaintiffs' claims against

///

all Defendants, and all of Defendants' counterclaims against all Plaintiffs, in the above-captioned matter be dismissed with prejudice. A proposed order is attached hereto as Exhibit A.

Dated this 3rd day of ~~November~~ December, 2012.

VANTUS LAW GROUP

Evan S. Strassberg
*Attorneys for Defendants*

Dated this 3d day of ~~November~~ December, 2012.

JOHNSTUN LAW, LLC

Aaron K. Johnstun
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES that on this 3rd day of ~~November~~ December, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via ECF and was therefore served by electronic mail to the following:

Aaron K. Johnstun
Johnstun Law, LLC
1443 South 550 East
Orem, Utah 84097

/s/ Evan S. Strassberg

-3-