# EXHIBIT A

Evan S. Strassberg (8279)
VANTUS LAW GROUP, P.C.
6995 Union Park Center, Suite 100
Salt Lake City, Utah 84047
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| TERRY WEBB, KRISTIE WEBB, TRAVIS WEBB, KRISTY WEBB, KAMBERLY WEBB, and LOUISE WEBB,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTOFFER A. KROHN; STEPHEN R. EARL; REAL ESTATE INVESTORS CLUB, LLC D/B/A REIC; REAL ESTATE INVESTORS CLUB OF SALT LAKE COUNTY, LLC; REAL ESTATE INVESTORS CLUB OF UTAH COUNTY, LLC; THE COMPANIES, LLC; JDK INVESTMENT GROUP, LLC; REO NATIONAL, LLC; THE REAL ESTATE FIRM, LLC; THE REAL ESTATE FIRM OF SALT LAKE COUNTY, LLC; THE REAL ESTATE FIRM OF UTAH COUNTY, LLC; STRATEGIC LENDING, LLC; STRATEGIC LENDING OF UTAH COUNTY, LLC; THE PROPERTY MANAGEMENT COMPANY, LLC; THE FINANCIAL FIRM, LLC; BETA REAL ESTATE HOLDINGS, L.P.; BETA REAL ESTATE HOLDINGS, L.P.; GAMMA REAL ESTATE HOLDINGS, L.P.; AND JOHN DOES 1-10,<br><br>Defendants. | (PROPOSED) ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>Civil No. 2:10-cv-1269<br><br>Honorable David Nuffer |

Based upon the Stipulated Motion to Dismiss filed by Plaintiffs and Defendants, and for good cause showing,

/ / /

It is hereby ORDERED, ADJUDGED, and DECREED that all of Plaintiffs' claims against all Defendants, and all of Defendants' counterclaims against all Plaintiffs, in the above-captioned matter are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own attorney's fees and costs.

DATED this ___ day of _____ 2012.

                                                    Honorable David Nuffer
                                                    United States District Court Judge

Approved as to form and content:

_____
Aaron K. Johnstun
Counsel for Plaintiffs