Evan S. Strassberg (8279)
VANTUS LAW GROUP, P.C.
6995 Union Park Center, Suite 100
Salt Lake City, Utah  84047
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| TERRY WEBB, KRISTIE WEBB, TRAVIS WEBB, KRISTY WEBB, KAMBERLY WEBB, and LOUISE WEBB,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTOFFER A. KROHN; STEPHEN R. EARL; REAL ESTATE INVESTORS CLUB, LLC D/B/A REIC; REAL ESTATE INVESTORS CLUB OF SALT LAKE COUNTY, LLC; REAL ESTATE INVESTORS CLUB OF UTAH COUNTY, LLC; THE COMPANIES, LLC; JDK INVESTMENT GROUP, LLC; REO NATIONAL, LLC; THE REAL ESTATE FIRM, LLC; THE REAL ESTATE FIRM OF SALT LAKE COUNTY, LLC; THE REAL ESTATE FIRM OF UTAH COUNTY, LLC; STRATEGIC LENDING, LLC; STRATEGIC LENDING OF UTAH COUNTY, LLC; THE PROPERTY MANAGEMENT COMPANY, LLC; THE FINANCIAL FIRM, LLC; BETA REAL ESTATE HOLDINGS, L.P.; BETA REAL ESTATE HOLDINGS, L.P.; GAMMA REAL ESTATE HOLDINGS, L.P.; AND JOHN DOES 1-10,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Civil No. 2:10-cv-1269<br><br>District Judge David Nuffer |

Based upon the Stipulated Motion to Dismiss filed by Plaintiffs and Defendants, and for good cause showing,

/ / /

IT IS HEREBY ORDERED that the Stipulated Motion to Dismiss (docket no. 80) is GRANTED.

IT IS FURTHER ORDERED that all of Plaintiffs' claims against all Defendants, and all of Defendants' counterclaims against all Plaintiffs, in the above-captioned matter are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own attorney's fees and costs.

DATED this 4th day of December 2012.

_____
David Nuffer
United States District Court Judge